IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| JOANNE HARRIS, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:13-cv-00077 |
| | ) | |
| ROBERT F. McDONNELL, JANET M. | ) | |
| RAINEY, and THOMAS E. ROBERTS, | ) | |
| in their official capacities | ) | |
| | ) | |
|    Defendants. | ) | |

## MOTION TO DISMISS GOVERNOR McDONNELL
## ON SOVEREIGN IMMUNITY GROUNDS

COMES NOW, Robert F. McDonnell, by counsel, in his official capacity as Governor of Virginia, and, pursuant to Fed. R. Civ. P. 12(b)(1), moves this Court to dismiss this action against him on grounds of sovereign immunity for the reasons stated in the accompanying memorandum in support.

Respectfully Submitted,

ROBERT F. MCDONNELL,
in his official capacity

By:      /s/
E. Duncan Getchell, Jr.
Solicitor General of Virginia
(VSB No. 14156)
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
dgetchell@oag.state.va.us

Kenneth T. Cuccinelli, II
Attorney General of Virginia

Rita W. Beale, VSB #37032
Deputy Attorney General

E-mail:  rbeale@oag.state.va.us

Allyson K. Tysinger, VSB #41982
Senior Assistant Attorney General/Chief
E-mail:  atysinger@oag.state.va.us

Michael H. Brady, VSB #78309
Assistant Solicitor General
E-mail:  mbrady@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I also sent a filed copy of the same to the following by U.S. Mail, postage prepaid:

Rebecca K. Glenberg (VSB No. 44099)
American Civil Liberties Union
of Virginia Foundation, Inc.
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
rglenberg@acluva.org

James D. Esseks
Amanda C. Goad
Joshua A. Block
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2650
jesseks@aclu.org
agoad@aclu.org
jblock@aclu.org

Gregory R. Nevins
Lambda Legal Defense and Education
Fund, Inc.
730 Peachtree Street, NE, Suite 1070
Atlanta, Georgia 30308
Phone: (404) 897-1880
Fax: (404) 897-1884
gnevins@lambdalegal.org

Tara L. Borelli
Lambda Legal Defense and Education
Fund, Inc.
3325 Wilshire Boulevard, Suite 1300
Los Angeles, California 90010
Phone: (213) 382-7600
Fax: (213) 351-6050
tborelli@lambdalegal.org

Paul M. Smith
Luke C. Platzer
Mark P. Gaber
Jenner & Block LLP
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Phone: (202) 639-6000
Fax: (202) 639-6066
psmith@jenner.com
lplatzer@jenner.com
mgaber@jenner.com
*Counsel for Plaintiffs*

                                                  /s/
                                  E. Duncan Getchell, Jr.