In the United States District Court
For the Western District of Virginia
Harrisonburg Division

| | |
|---|---|
| JOANNE HARRIS and JESSICA DUFF, and CHRISTY BERGHOFF and VICTORIA KIDD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; THOMAS E. ROBERTS, in his official capacity as Staunton Circuit Court Clerk,<br><br>*Defendants*. | No. 5:13-cv-00077 |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by and through their counsel, respectfully move this Court to enter an Order certifying this case as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, for the reasons stated in the accompanying Brief in Support of Plaintiffs' Motion for Class Certification and corresponding exhibits, Plaintiffs hereby move the Court to enter an Order certifying this case as a class action.

Dated: August 16, 2013

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA FOUNDATION, INC.

_____/s/_____
Rebecca K. Glenberg (VSB No. 44099)
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
rglenberg@acluva.org

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

Greg Nevins
730 Peachtree Street, NE, Suite 1070
Atlanta, Georgia 30308
Phone: (404) 897-1880
Fax: (404) 897-1884
gnevins@lambdalegal.org

Tara L. Borelli
3325 Wilshire Boulevard, Suite 1300
Los Angeles, California 90010
Phone: (213) 382-7600
Fax: (213) 351-6050
tborelli@lambdalegal.org

*Counsel for Plaintiffs*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

James D. Esseks
Amanda C. Goad
Joshua A. Block
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax:  (212) 549-2650
jesseks@aclu.org
agoad@aclu.org
jblock@aclu.org

JENNER & BLOCK LLP

Paul M. Smith
Luke C. Platzer
Mark P. Gaber
1099 New York Avenue, NW Suite 900
Washington, D.C. 20001-4412
Phone: (202) 639-6000
Fax: (202) 639-6066
psmith@jenner.com
lplatzer@jenner.com
mgaber@jenner.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2013, I effected service upon counsel for Defendants Robert F. McDonnell and Janet M. Rainey by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, and that I also sent a filed courtesy copy of the same by U.S. Mail, postage prepaid. I also certify that I served the foregoing by U.S. Mail, postage prepaid, to Defendant Thomas Roberts, Staunton Circuit Court Clerk.

E. Duncan Getchell, Jr.
Solicitor General of Virginia
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240
dgetchell@oag.state.va.us

Rita W. Beale,
Deputy Attorney General
rbeale@oag.state.va.us

Allyson K. Tysinger
Senior Assistant Attorney General/Chief
atysinger@oag.state.va.us

Michael H. Brady
Assistant Solicitor General
mbrady@oag.state.va.us

*Counsel for Defendants Robert F. McDonnell and Janet M. Rainey*

Thomas Roberts
Staunton Circuit Court Clerk
113 East Beverly Street
Staunton, VA 24401
(540) 332-3874
*Defendant*

August 16, 2013                                     /s/
                                    Rebecca K. Glenberg (VSB No. 44099)
                                    701 E. Franklin Street, Suite 1412
                                    Richmond, Virginia 23219
                                    Phone: (804) 644-8080
                                    Fax: (804) 649-2733
                                    rglenberg@acluva.org