**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| JOANNE HARRIS and JESSICA DUFF, and CHRISTY BERGHOFF and VICTORIA KIDD, on behalf of themselves and all others similarly situated, *Plaintiffs*, v. ROBERT F. MCDONNELL, in his official capacity as Governor of Virginia; JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; THOMAS E. ROBERTS, in his official capacity as Staunton Circuit Court Clerk, *Defendants*. | No. 5:13-cv-00077 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs hereby move for summary judgment against all Defendants.

WHEREFORE, for the reasons stated in the accompanying Brief in Support of Plaintiffs' Motion for Summary Judgment and supporting declarations, Plaintiffs hereby move this Court to grant summary judgment in their favor.

Dated: September 30, 2013

Respectfully submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA FOUNDATION, INC. | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | James D. Esseks, *pro hac vice* |
|           /s/ | Amanda C. Goad, *pro hac vice* |
| Rebecca K. Glenberg (VSB No. 44099) | Joshua A. Block, *pro hac vice* |
| 701 E. Franklin Street, Suite 1412 | 125 Broad Street, 18th Floor |
| Richmond, Virginia 23219 | New York, New York 10004 |
| Phone: (804) 644-8080 | Phone: (212) 549-2500 |
| Fax: (804) 649-2733 | Fax: (212) 549-2650 |
| rglenberg@acluva.org | jesseks@aclu.org |
| | agoad@aclu.org |
| | jblock@aclu.org |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | JENNER & BLOCK LLP |
| | Paul M. Smith, *pro hac vice* |
| Greg Nevins, *pro hac vice* | Luke C. Platzer, *pro hac vice* |
| 730 Peachtree Street, NE, Suite 1070 | Mark P. Gaber, *pro hac vice* |
| Atlanta, Georgia 30308 | 1099 New York Avenue, NW Suite 900 |
| Phone: (404) 897-1880 | Washington, D.C. 20001-4412 |
| Fax: (404) 897-1884 | Phone: (202) 639-6000 |
| gnevins@lambdalegal.org | Fax: (202) 639-6066 |
| | psmith@jenner.com |
| Tara L. Borelli, *pro hac vice* | lplatzer@jenner.com |
| 3325 Wilshire Boulevard, Suite 1300 | mgaber@jenner.com |
| Los Angeles, California 90010 | |
| Phone: (213) 382-7600 | |
| Fax: (213) 351-6050 | |
| tborelli@lambdalegal.org | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September 2013, I effected service upon counsel for Defendants by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

E. Duncan Getchell, Jr.
Solicitor General of Virginia
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240
dgetchell@oag.state.va.us

Rita W. Beale
Deputy Attorney General
rbeale@oag.state.va.us

Allyson K. Tysinger
Senior Assistant Attorney General/Chief
atysinger@oag.state.va.us

Michael H. Brady
Assistant Solicitor General
mbrady@oag.state.va.us

*Counsel for Defendants Robert F. McDonnell and Janet M. Rainey*

Rosalie Pemberton Fessier
Timberlake, Smith, Thomas & Moses, P.C.
25 North Central Avenue
P.O. Box 108
Staunton, VA 24402-0108
(540) 885-1517
rfessier@tstm.com

*Counsel for Defendant Thomas E. Roberts*

September 30, 2013                                  /s/
                                                   Rebecca K. Glenberg (VSB No. 44099)
                                                   701 E. Franklin Street, Suite 1412
                                                   Richmond, Virginia 23219
                                                   Phone: (804) 644-8080
                                                   Fax: (804) 649-2733
                                                   rglenberg@acluva.org