IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

JOANNE HARRIS and JESSICA DUFF, and
CHRISTY BERGHOFF and VICTORIA KIDD,
on behalf of themselves and all others similarly
situated,

              *Plaintiffs*,

      v.

ROBERT F. MCDONNELL, in his official
capacity as Governor of Virginia; JANET M.
RAINEY, in her official capacity as State Registrar
of Vital Records; THOMAS E. ROBERTS, in his
official capacity as Staunton Circuit Court Clerk,

              *Defendants*.

No. 5:13-cv-00077

## **ORDER**

Upon motion of the plaintiffs and for good cause shown,

It is hereby ORDERED that plaintiffs' Motion for Leave to File a Brief in Excess of

Twenty-Five Pages is GRANTED.

Date:_____

_____
United States Magistrate Judge