**AMENDED CERTIFICATE OF SERVICE**

       I hereby certify that on the 30th day of September 2013, I served Plaintiffs' Motion for Summary Judgment and supporting Declarations, along with Plaintiffs' Motion for Leave to File Brief in Excess of Twenty-Five Pages, the proposed Order granting the same, and the proposed Brief in Support of Motion for Summary Judgment, upon the following counsel for defendants by hand delivery in addition to having electronically filed the above with the Clerk of the Court using the CM/ECF system:

E. Duncan Getchell, Jr.
Rita W. Beale
Allyson K. Tysinger
Michael H. Brady
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219

       I further certify that on the 1st day of October, 2013, I caused Plaintiffs' Motion for Summary Judgment and supporting Declarations, along with Plaintiffs' Motion for Leave to File Brief in Excess of Twenty-Five Pages, the proposed Order granting the same, and the proposed Brief in Support of Motion for Summary Judgment, to be served by hand delivery upon the following counsel for defendants:

Rosalie Pemberton Fessier
Timberlake, Smith, Thomas & Moses, P.C.
25 North Central Avenue
Staunton, VA 24402-0108

October 1, 2013                                                           /s/
                                                          Rebecca K. Glenberg (VSB No. 44099)
                                                          701 E. Franklin Street, Suite 1412
                                                          Richmond, Virginia 23219
                                                          Phone: (804) 644-8080
                                                          Fax: (804) 649-2733
                                                          rglenberg@acluva.org