# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**JOANNE HARRIS, et al.,**

vs.

**ROBERT F. MCDONNELL, et al.,**

Action No:   5:13cv00077
Date:   10/8/2013
Judge:   Michael F. Urbanski, USDJ
Court Reporter:   Sonia Ferris
Deputy Clerk:   Jody Turner

Plaintiff Attorney(s)
Paul Smith, Joshua Block, Rebecca Glenberg

Defendant Attorney(s)
Earle Getchell, Jr.; Michael Brady; Rosalie Fessier.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motion to Stay [53]:
Party Roberts joins in on this motion.
Mr. Getchell argues his motion.
Court inquires as to why this case should not be transferred to Norfolk and consolidate for judicial economy.
Mr. Getchell moves to dismiss the class certification and transfer this action to Norfolk.
Ms. Fessier does not object to a transfer to Norfolk.
Plaintiff argues for a briefing scheduling in this case.
Order to follow.

Time in court: 3:58-4:36