UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOANNE HARRIS, et al, ) | |
| ) | |
|    *Plaintiffs* ) | |
| ) | |
| v. ) | Civil Action No.: 5:13-cv-77 |
| ) | |
| ROBERT F. McDONNELL, et al, ) | |
| ) | |
|    *Defendants* ) | |

**CERTIFICATE REGARDING DISCOVERY**

Defendant Thomas E. Roberts, by counsel, hereby certifies that on October 17, 2013, his Rule 26(a)(1) Initial Disclosures was sent by e-mail to:

    Rebecca K. Glenberg, Esquire
    VSB No. 44099
    AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA FOUNDATION, INC.
    701 E. Franklin Street, Suite 1412
    Richmond, VA 23219

    Gregory R. Nevins, Esquire
    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
    730 Peachtree Street, NE, Suite 1070
    Atlanta, GA 30308

    Tara L. Borelli
    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
    Los Angeles, CA 90010

    James D. Esseks, Esquire
    Amanda C. Goad, Esquire
    Joshua A. Block, Esquire
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

125 Broad Street, 18th Floor
New York, NY 10004

Paul M. Smith, Esquire
Luke C. Platzer, Esquire
Mark P. Gaber, Esquire
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

     /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Attorney for Defendant Roberts
TIMBERLAKE, SMITH, THOMAS & MOSES, P. C.
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:  540/885-4537
email: rfessier@tstm.com

F:\61\RVPF\DRM\Harris v. McDonnell\Pleadings\2013 - 10-17 Cert re Discov.wpd

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

2