CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

OCT 18 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOANNE HARRIS, et al., on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No.: 5:13cv00077<br>)<br>) |
| v. | )<br>) By: Hon. Michael F. Urbanski |
| ROBERT F. MCDONNELL, et al., | ) United States District Judge<br>) |
| Defendants. | )<br>) |

## ORDER

For the reasons set forth in the memorandum opinion entered this day, it is hereby **ORDERED** that the defendants' Motion to Suspend Scheduling Order, to Stay Briefing or, in the alternative, to Establish a Briefing Schedule (Dkt. # 53) is **GRANTED in part** and **DENIED in part**, specifically as follows:

1. The motion is **DENIED** in so far as it requests that this action be stayed, dismissed, or transferred.

2. The motion is **GRANTED** in so far as it requests that the court enlarge the briefing schedule. Defendants' responses to plaintiffs' motion for summary judgment shall be filed on or before **October 24, 2013**, and plaintiffs' reply briefs shall be filed on or before **November 7, 2013**.

3. The deadlines set forth in the scheduling order entered by the court on September 17, 2013, (Dkt. # 43) shall otherwise remain in effect.

4. The parties are directed to contact chambers to set a hearing date.

It is so **ORDERED**.

Entered: 10-18-13

/s/ Michael F. Urbanski
_____
Michael F. Urbanski
United States District Judge