IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **JOANNE HARRIS, et al.,** ) <br> *on behalf of themselves and* ) <br> *all others similarly situated*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ROBERT F. MCDONNELL, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No.: 5:13-cv-00077 <br><br> By: Hon. Robert S. Ballou <br> United States Magistrate Judge |

## ORDER

This matter is before the court on Defendants' Motion for Leave to File Brief in Excess of Twenty-Five Pages (Dkt. No. 69). Defendants request they be permitted to file a brief not more that seventy-five (75) pages in response to Plaintiffs' Motion for Summary Judgment (Dkt. No. 44). This court previously granted a similar motion allowing the Plaintiffs to file briefs in excess of twenty-five (25) pages in support of their motion for summary judgment (Dkt. No. 52). Likewise, for good cause shown, the Defendants' motion is **GRANTED** and their response to the Plaintiff's motion for summary judgment shall not exceed seventy five (75) pages.

It is so **ORDERED**.

Enter: October 22, 2013

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge