# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**JOANNE HARRIS, et al.,**

vs.

**ROBERT F. MCDONNELL, et al.,**

Action No:   5:13cv00077
Date:   10/29/2013
Judge:   Michael F. Urbanski, USDJ
Court Reporter:   Sonia Ferris
Deputy Clerk:   Jody Turner

Plaintiff Attorney(s)

Rebecca Glenberg, Joshua Block, Luke Platzer

Defendant Attorney(s)

Earle Getchell, Jr., Michael Brady, Norman Thomas, Rosalie Fessier

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motin to dismiss [24], Motion to certify class [26], motion to dismiss [32]:
Mr. Getchell argues their motion to dismiss [24].
Mr. Block argues.
Mr. Getchell responds.
Mr. Block responds.
Ms. Fessier argues their motion to dismiss [32].
Mr. Block argues.
Mr. Platzer argues their motion to certify class [26].
Mr. Getchell argues.
Mr. Platzer responds.
Ms. Fessier argues.
Mr. Platzer responds.
Mr. Getchell responds.
Court will render an opinion.
Court is cancelling the summary judgment hearing set for 1/3/2014.
Court will reset this matter in the future, if necessary.

Time in court: 10:03 – 11:50

Time in Court: