IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **JOANNE HARRIS, et al.,** ) <br> *on behalf of themselves and* ) <br> *all others similarly situated*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ROBERT F. MCDONNELL, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No.: 5:13-cv-00077 <br><br> By: Hon. Robert S. Ballou <br> United States Magistrate Judge |

## ORDER

This matter is before the court on Plaintiffs' Motion for Leave to File Brief in Excess of Twenty-Five Pages (Dkt. No. 82). In the motion, Plaintiffs seek leave to file a reply brief more than the twenty-five pages permitted by this Court's Scheduling Order (Dkt. No. 43) in support of their Motion for Summary Judgment (Dkt. No. 62). Finding it proper to do so, and for good cause shown, the motion for leave is **GRANTED** and Plaintiffs are permitted to file a reply brief not to exceed thirty pages, exclusive of the Table of Contents and Table of Authorities.

It is so **ORDERED**.

Enter: November 5, 2013

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge