# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**JOANNE HARRIS, et al.,**

vs.

**JANET M. RAINEY, et al.,**

Action No:   5:13cv00077
Date:   2/19/2014
Judge:   Michael F. Urbanski, USDJ
Court Reporter:   Sonia Ferris
Deputy Clerk:   Jody Turner

Plaintiff Attorney(s)

Gregory Nevins, Joshua Block

Defendant Attorney(s)

Stuart Raphael, Rosalie Fessier

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Status Conference:
Parties argue.
Plaintiff strongly opposes a stay.   Plaintiff request a ruling on the merits or go forward with trial.
Court will take this case under advisement.

Time in court: 11:00 – 11:29