CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 31 2014

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOANNE HARRIS, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JANET M. RAINEY, et al., <br><br> Defendants. | Civil Action No.: 5:13cv00077 <br><br><br> By: Hon. Michael F. Urbanski <br> United States District Judge |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this day, the court hereby **STAYS** this matter pending the decision of the Fourth Circuit Court of Appeals in <u>Bostic, et al. v. Schaefer, et al.</u>, No. 14-1167(L), in which plaintiffs in this case have intervened.

It is so **ORDERED**.

Entered: March 31, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge