UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOANNE HARRIS, et al, ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | Civil Action No.: 5:13-cv-77 |
| ) | |
| JANET M. RAINEY, et al, ) | |
| ) | |
| *Defendants* ) | |

## DEFENDANT ROBERTS' MOTION TO DISMISS

Defendant Thomas E. Roberts, by counsel, moves to dismiss this case pursuant to Rule 12(b)(1) on the grounds that the Fourth Circuit's decision in *Bostic v. Schaefer*, 760 F. 3d 352 (4th Cir. 2014), renders this case moot thereby depriving this Court of subject matter jurisdiction. For the additional reasons set forth in his memorandum in support, Defendant respectfully requests that this Court lift the stay and dismiss this case with prejudice.

THOMAS E. ROBERTS,

By Counsel

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax:  540/885-4537

By:       /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Attorney for Defendant Roberts
TIMBERLAKE, SMITH, THOMAS & MOSES, P. C.
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537
email:  rfessier@tstm.com

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2014, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rebecca K. Glenberg, Esquire
VSB No. 44099
AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA FOUNDATION, INC.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219

Gregory R. Nevins, Esquire
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street, NE, Suite 1070
Atlanta, GA 30308

Tara L. Borelli
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3325 Wilshire Blvd., #1300
Los Angeles, CA 90010

James D. Esseks, Esquire
Joshua A. Block, Esquire
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537

Amanda C. Goad, Esquire
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1313 West 8th Street
Los Angeles, CA 90017

Paul M. Smith, Esquire
Luke C. Platzer, Esquire
Mark P. Gaber, Esquire
JENNER & BLOCK, LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

Catherine Crooks Hill, AAG
Office of the Attorney General of Virginia
900 East Main Street
Richmond, VA   23219

Stuart A. Raphael, AAG
Office of the Attorney General of Virginia
900 East Main Street
Richmond, VA   23219

Trevor S. Cox, AAG
Office of the Attorney General of Virginia
900 East Main Street
Richmond, VA   23219

Rhodes B. Ritenour, AAG
Office of the Attorney General of Virginia
900 East Main Street
Richmond, VA   23219

                                    /s/ Rosalie Pemberton Fessier
                              Rosalie Pemberton Fessier
                              VSB # 39030
                              Attorney for Defendant Roberts
                              TIMBERLAKE, SMITH, THOMAS & MOSES, P. C.
                              25 North Central Avenue
                              P. O. Box 108
                              Staunton, VA 24402-0108

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax:  540/885-4537

        phone: 540/885-1517
        fax:    540/885-4537
        email: rfessier@tstm.com

F:\61\RVPF\DRM\Harris v. McDonnell\Pleadings\Motion to Dismiss re mootness.wpd

LAW OFFICES
TIMBERLAKE, SMITH,
THOMAS & MOSES, P.C.
STAUNTON, VIRGINIA
540/885-1517
fax: 540/885-4537