IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Harrisonburg Division

| | |
|---|---|
| JOANNE HARRIS and JESSICA DUFF, and CHRISTY BERGHOFF and VICTORIA KIDD, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:13-cv-00077-MFU-RSB |
| JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; THOMAS E. ROBERTS, in his official capacity as Staunton Circuit Court Clerk, | ) ) ) ) |
| Defendants. | ) |

## **DEFENDANT RAINEY'S MOTION TO DISMISS AS MOOT**

Defendant Janet M. Rainey, in her official capacity as State Registrar of Vital Records, moves the Court to dismiss this case as moot, for the reasons stated in the accompanying brief.

Respectfully submitted,

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records

By:  /s/
Stuart A. Raphael, VSB 30380
Solicitor General

Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
sraphael@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

1

Trevor S. Cox, VSB 78396
Deputy Solicitor General
E-mail:  tcox@oag.state.va.us

Rhodes B. Ritenour, VSB 71406
Deputy Attorney General
E-mail:  rritenour@oag.state.va.us

Allyson K. Tysinger, VSB 41982
Senior Assistant Attorney General
E-mail:  atysinger@oag.state.va.us

Catherine Crooks Hill, VSB 43505
Senior Assistant Attorney General
E-mail:  cchill@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record for Plaintiffs.

By:      /s/
         Stuart A. Raphael