**In the United States District Court**
**For the Western District of Virginia**
Harrisonburg Division

|  |  |
|---|---|
| JOANNE HARRIS and JESSICA DUFF, and CHRISTY BERGHOFF and VICTORIA KIDD, on behalf of themselves and all others similarly situated, | Civil Action No.: 5:13-cv-00077 |
| *Plaintiffs*, | |
| v. | |
| JANET M. RAINEY, in her official capacity as State Registrar of Vital Records; THOMAS E. ROBERTS, in his official capacity as Staunton Circuit Court Clerk, | |
| *Defendants*. | |

## STATUS UPDATE

Pursuant to the Court's order dated November 17, 2014, the parties submit this Status Update regarding their efforts to resolve outstanding issues and stipulate to dismissal of this case. Since November 17, 2014, the following has occurred:

1. On November 18, 2014, the plaintiff class and defendant Rainey filed a Joint Motion for Entry of Consent Order in *Bostic v. Rainey*, No. 2:13-cv-00395-AWA-LRL (E.D. Va.) (Wright Allen, J.) (Dkt. No. 158). The proposed consent order provided that (1) the *Harris* Class will be entitled to the benefit of the declaratory and injunctive relief entered on February 24, 2014 against Defendant Rainey (and her respective agents and employees) in her official capacity as State Registrar of Vital Records; (2) the Commonwealth will pay $60,000 in full satisfaction of any claim for attorney's fees and costs by the *Harris* Class in *Bostic* or in this

case; and (3) the *Harris* Class will work with defendant Rainey to seek an agreed dismissal of this case.

2.   On November 24, 2014, the *Bostic* court entered an order deferring ruling on the Motion for Consent Order, and directing counsel to file a Joint Status Report by December 4, 2014 addressing whether the Motion should be adjudicated by the *Bostic* court or this court, and stating this Court's views on the request.  (*Bostic* Dkt. No. 161.)

3.   On December 3, 2014, the *Harris* Class and Rainey submitted the requested Status Report to the *Bostic* court (*Bostic* Dkt No. 163), which is attached hereto as Exhibit A.

4.   The Motion for Consent Order is still pending in the *Bostic* court.  The parties will promptly inform this Court when a ruling is issued, or will file another status update in 30 days if a ruling is not issued before then.

Dated: December 17, 2014

Respectfully submitted,


JOANNE HARRIS and JESSICA DUFF, and CHRISTY BERGHOFF and VICTORIA KIDD, on behalf of themselves and all others similarly situated

JANET M. RAINEY, in her official capacity as State Registrar of Vital Records


By: /s/  Rebecca K. Glenberg

Rebecca K. Glenberg
American Civil Liberties Union Foundation of Virginia
701 East Franklin Street, Suite 1412
Richmond, VA 23219
(804) 644-8080
rglenberg@acluva.org

Joshua A. Block
James D. Esseks

By: /s/ Stuart A. Raphael

Mark R. Herring
Attorney General of Virginia

Stuart A. Raphael (VSB #30380)
Solicitor General of Virginia
sraphael@oag.state.va.us

Trevor S. Cox (VSB #78396)
Deputy Solicitor General
tcox@oag.state.va.us

American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004-2400
(212) 549-2593
jblock@aclu.org
jesseks@aclu.org

Tara Lynn Borelli
Gregory R. Nevins
Lambda Legal Defense & Education Fund, Inc.
730 Peachtree Street, Suite 1070
Atlanta, GA 30308
(404) 897-1880
tborelli@lambdalegal.,org
gnevins@lambdalegal.org

Mark P. Gaber
Luke C. Platzer
Paul M. Smith
JENNER & BLOCK, LLP
Suite 900
1099 New York Avenue, NW
Washington, DC 20015
(202) 637-6367
mgaber@jenner.com
lplatzer@jenner.com
psmith@jenner .com

Rhodes B. Ritenour (VSB #71406)
Deputy Attorney General
Civil Litigation Division
E-mail: rritenour@oag.state.va.us

Catherine Crooks Hill (VSB #43505)
Senior Assistant Attorney General
Unit Manager, Trial/General Civil Unit
E-mail: cchill@oag.state.va.us

Allyson K. Tysinger (VSB #41982)
Senior Assistant Attorney General
Chief, Health, Education & Social Services
E-mail: atysinger@oag.state.va.us